IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET O'CONNOR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-947-FB |
| | § | |
| WARDEN, KARNES COUNTY | § | |
| IMMIGRATION PROCESSING CENTER; | § | |
| FIELD OFFICE DIRECTOR, SAN ANTONIO | § | |
| FIELD OFFICE ENFORCEMENT AND | § | |
| REMOVAL OPERATIONS U.S. | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; PAMELA BONDI, U.S. | § | |
| Attorney General; and DIRECTOR, U.S. | § | |
| CITIZENSHIP AND IMMIGRATION, | § | |
| | § | |
| Respondents. | § | |

### _ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE_

Before the Court is the Motion for Admission Pro Hac Vice filed on August 6, 2025 (docket #3), by Mark Stevens of Clark Hill PLC seeking authorization to appear in this case *pro hac vice* on behalf of the Petitioner Margaret O'Connor. Mr. Stevens is a member in good standing with the Bar of the State of Virginia and is admitted to practice before the United States Courts of Appeals for the Third, Fourth, and Ninth Circuits as well as the United States District Courts for the Eastern and Western Districts of Virginia, the District of Columbia, and the Northern and Central Districts of Illinois. A review of the motion reveals this is Mr. Stevens' first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one case or in some cases, as long as a licensed Western District

of Texas attorney is involved in the case. In addition to being Mr. Stevens' first application, the motion also reveals a licensed Western District of Texas attorney has been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that Mark Stevens may appear in this case *pro hac vice.*

Accordingly, IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* (docket #3) is GRANTED such that Mark Stevens may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. IT IS FURTHER ORDERED that Mark Stevens immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

IT IS FURTHER ORDERED that Mark Stevens pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Stevens's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 27th day of August, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE