IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET O'CONNOR, | § § | |
| *Plaintiff,* | § § § | SA-25-CV-00947-FB |
| vs. | § § | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, WARDEN, KARNES COUNTY IMMIGRATION PROCESSING CENTER, FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA BONDI, U.S. ATTORNEY GENERAL, | § § § § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is the Verified Petition for Writ of Habeas Corpus filed by Petitioner Margaret O'Connor. Petitioner is an Irish National who was detained at Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas, at the time of the filing of her Petition.[1] (ICE Detainee Locator [#1-1], at 1.) Petitioner alleges that she has no criminal history; has four U.S. citizen children; entered the United States lawfully under the Visa Waiver Program; and has resided exclusively in the United States since 2009. Petitioner was detained at the airport at the gate for her return flight by U.S. Customs and Border

---

[1] A search using Petitioner's A-Number indicates that she is currently detained at the Laredo Detention Center in Laredo, Texas, which is located in the Southern District of Texas. However, jurisdiction over the Petition attached at the time of filing and is not destroyed by the subsequent transfer of Petitioner or a custodial change. *Griffin v. Ebert*, 751 F.3d 288, 290 (5th Cir. 2014).

Protection agents when attempting to return home to New York after a vacation in Key West with extended family. Plaintiff currently has an application for lawful permanent residence pending before U.S. Citizenship and Immigration Services ("USCIS").

By her Petition, she asks the Court to provide her with a bond hearing under 8 U.S.C. § 1226(a) and a writ of habeas corpus *ad testificandum* to permit her to remotely attend a hearing on her application for lawful permanent residence on August 28, 2025. Petitioner requested a temporary restraining order on August 26, 2025, with respect to the writ of habeas corpus *ad testificandum*, which the District Court granted prior to referring the case to the undersigned.

The Court has determined that Petitioner's habeas petition should be served on Respondents and that a response is warranted. The U.S. Attorney's Office has already entered an appearance on behalf of Respondent Director of USCIS, but there is no indication on the record that USCIS has waived service. By separate order, the Court will set this case for an attorney-only status conference to obtain an update on the status of Plaintiff's application for lawful permanent residence.

The Court notes that Plaintiff's Petition is accompanied by a Motion for Order to Show Cause [#2]. The motion asks the Court to enforce the strict timeframe imposed by 28 U.S.C. § 2243 and order Respondents to show cause why the Petition should not be granted. In light of the District Court's TRO and the following orders regarding service of the Petition on Respondents, including the Warden of the Laredo Detention Center, the Court will deny the motion and enter its standard order in cases arising under 28 U.S.C. § 2241. *See Danforth v. Minnesota*, 552 U.S. 264, 278 (2008) (interpreting Section 2243 as authorizing adjustment of scope of the writ "in accordance with equitable and prudential considerations"); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001) (extending time for service of and response to habeas

petition arising under Section 2241 and holding that Supreme Court's Rules Governing Section 2254 Cases apply over deadlines imposed by Section 2243).

**IT IS THEREFORE ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus [#1] and this Order, and that such delivery by certified mail with return receipt requested shall constitute sufficient service of process on Respondents Director, USCIS; Field Office Director, San Antonio Field Office Enforcement and Removal Operations; and Pamela Bondi, U.S. Attorney General.  *See* Fed. R. Civ. P. 4(i).  Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas, 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden of Laredo Detention Center, where Petitioner is currently being detained, by mailing copies of the Petition for Writ of Habeas Corpus and this Order by certified mail with return receipt requested to Warden Orlando Perez, Laredo Detention Center, 4702 East Saunders Street, Laredo, Texas, 78401.  This shall constitute sufficient service of process on Warden Perez.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other response to the Petition for Writ of Habeas Corpus within **30 days** from the date of service.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to any answer or response filed by Respondents or a response to any motion filed by Respondents within **30 days** of the date the answer, response, or motion is filed.

**IT IS FINALLY ORDERED** that Petitioner's Motion for Order to Show Cause [#2] is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 12th day of September, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE