IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET O'CONNOR, | § | |
| *Plaintiff,* | § | SA-25-CV-00947-FB |
| vs. | § | |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION ) SERVICES, WARDEN, KARNES COUNTY IMMIGRATION PROCESSING ) CENTER,  FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE ENFORCEMENT AND REMOVAL OPERATIONS ) U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA BONDI, U.S. ATTORNEY GENERAL, | § | |
| *Defendants.* | § | |

## <u>ORDER RETURNING CASE TO DISTRICT COURT</u>

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings.  On this day, the undersigned issued a report and recommendation, recommending the Verified Petition for Writ of Habeas Corpus [#1] be denied. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 3rd day of December, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE