IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET O'CONNOR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-947-FB |
| | § | |
| WARDEN, KARNES COUNTY | § | |
| IMMIGRATION PROCESSING CENTER; | § | |
| FIELD OFFICE DIRECTOR, SAN ANTONIO | § | |
| FIELD OFFICE ENFORCEMENT AND | § | |
| REMOVAL OPERATIONS U.S. | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; PAMELA BONDI, U.S. | § | |
| Attorney General; and DIRECTOR, U.S. | § | |
| CITIZENSHIP AND IMMIGRATION, | § | |
| | § | |
| Respondents. | § | |

**J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on December 3, 2025 (docket entry no. 18) is ACCEPTED such that the Verified Petition for Writ of Habeas Corpus filed by Petition Margaret O'Connor (docket entry no. 1) is DENIED and this case is DISMISSED.

IT IS FURTHER ORDERED that motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE